**Dismissed and Opinion Filed May 13, 2021**



In The
**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

**No. 05-20-00748-CV**

_____

**RHONDA FISHER, Appellant**
**V.**
**DALLAS HOUSING AUTHORITY CITY OF DALLAS-BARBARA**
**JORDAN APARTMENTS, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-20-01419-B**

## MEMORANDUM OPINION

Before Justices Myers, Partida-Kipness, and Garcia
Opinion by Justice Garcia

Appellant's brief in this case is overdue. By postcard dated April 20, 2021, we notified appellant the time for filing her brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file her brief by that time might result in the dismissal of this appeal without further notice. To date, appellant has not filed a brief, filed an extension motion, nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).

200748f.p05

/Dennise Garcia/
DENNISE GARCIA
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

RHONDA FISHER, Appellant

No. 05-20-00748-CV V.

DALLAS HOUSING AUTHORITY
CITY OF DALLAS-BARBARA
JORDAN APARTMENTS, Appellee

On Appeal from the County Court at Law No. 2, Dallas County, Texas
Trial Court Cause No. CC-20-01419-B.
Opinion delivered by Justice Garcia. Justices Myers and Partida-Kipness participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 13th day of May, 2021.